**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SEAN E. JOHNSON | ) | |
| 2539 Delafield Pl., NE | ) | |
| Washington, D.C. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF TRANSPORTATION | ) | |
| 1200 New Jersey Ave., SE | ) | |
| Washington, D.C. 20590, | ) | |
| | ) | |
| QI SECURITY SERVICE | ) | |
| 700 N. Fairfax St., Suite 500 | ) | |
| Alexandria, VA 22314, | ) | |
| | ) | |
| CONCENTRA HEALTH SERVICE | ) | |
| 5590 General Washington Dr. | ) | |
| Alexandria, VA 22312, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF REMOVAL OF A CIVIL ACTION**

Defendant United States Department of Transportation ("Defendant"), through

undersigned counsel, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1442(a)(l),

1446, and 1346(a)(2). In support of this notice, the Defendant, states as follows:

1.  Plaintiff Sean E. Johnsons sued Defendant in the Civil Division of the Superior Court

of the District of Columbia, Civil Action No. 2016-007910 (the "Civil Action"), for which

proper service has not been effected. A copy of the Summons and Complaint are attached hereto

as Exhibit A.

2.  Defendant is a federal department of the United States of America. *See* 28 U.S.C. § 1442(a)(l) and the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-16(c).   To the extent that Plaintiff is claiming discrimination under the latter statute, the proper defendant is the Secretary of Transportation in his or her official capacity only.

3.  Plaintiff's claims are ones for which the District Court has original jurisdiction.  *See* 28 U.S.C. § 1346(a)(2).

WHEREFORE, this action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1346(a)(2), 1442(a)(l), 1446.

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
United States Attorney for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By: _____/s/_____
CLAIRE WHITAKER, Bar # 354530
Assistant U.S. Attorney
555 4th Street, N.W., E-4216
Washington, D.C. 20530
(202) 252-2526
Claire.Whitaker@usdoj.gov

2

CERTIFICATE OF SERVICE

I certify that on January 26, 2017, I caused copies of the foregoing Notice of Removal of a Civil Action to be served by first class mail upon:

SEAN E. JOHNSON
2539 Delafield Pl., NE
Washington, D.C.

/s/  Claire Whitaker
CLAIRE WHITAKER
Assistant United States Attorney
555 4th Street, N.W., Rm. E-4216
Washington, D.C. 20530
Tel: (202) 252-2526
claire.whitaker@usdoj.gov